1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FRANCISCO J. GIL,                                    CASE NO.    1:10-cv-992-MJS (PC)

                    Plaintiff,                        ORDER DISCHARGING ORDER TO SHOW
                                                     CAUSE

        v.                                           (ECF No. 12)

JAMES A. YATES, et al.,                              CLERK TO UPDATE PLAINTIFF'S
                                                     ADDRESS PURSUANT TO FILING
                    Defendants.                      RECEIVED MARCH 2, 2011
_____/

        Plaintiff Francisco Gil ("Plaintiff") is a former state prisoner proceeding pro se and

in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 7,

2011, the Court ordered Plaintiff to show cause  why his case should not be dismissed for

failure to provide an updated address.  On March 2, 2011, Plaintiff filed a letter that

contained his current address.  Accordingly, the Court's Show Cause Order is

DISCHARGED.  The Clerk shall update Plaintiff's address pursuant to the March 2, 2011

letter.  (ECF No. 13.)

IT IS SO ORDERED.

Dated:    March 7, 2011          /s/ *Michael J. Seng*

                                UNITED STATES MAGISTRATE JUDGE