UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. GIL,<br><br>               Plaintiff,<br><br>   v.<br><br>JAMES A. YATES, et al.,<br><br>               Defendants.<br>_____ / | CASE NO.   1:10-cv-00992-MJS (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(ECF Nos. 18, 19) |

      On June 4, 2010, Plaintiff Francisco J. Gil, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No.1.) On May 25, 2012, Plaintiff's Complaint was screened and dismissed, with leave to amend not later than June 25, 2012., for failure to state a cognizable claim. (ECF No. 17.) The deadline passed without Plaintiff filing an amended complaint or a request for an extension of time to do so.

      On July 3, 2012, the Court issued an order requiring Plaintiff to show cause by not later than July 19, 2012 why his case should not be dismissed for failure to comply with the

1

Court's order and failure to state a claim.  (ECF No. 18.)

On July 16, 2012, Plaintiff filed a motion for a sixty day extension of time to file his amended complaint (ECF No. 19).

For good cause shown, IT IS HEREBY ORDERED that:

1. The July 3, 2012 Order to Show Cause (ECF No. 18) is discharged, and

2. Plaintiff's Motion for Extension of Time (ECF No. 19) is granted; Plaintiff shall have sixty (60) days from the date of service of this Order in which to file an amended complaint.

3. If Plaintiff fails to file an amended complaint in compliance with this Order, this action shall be dismissed, with prejudice, for failure to state a claim and failure to prosecute.  Such dismissal will be subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Di Vittorio 658 F.3d 1090 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   July 22, 2012                        /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE